UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

OFFICE MANAGEMENT SYSTEMS INC                                    PLAINTIFF
d/b/a LOGISTA.

V.                                                          NO: 1:25-CV-00057-GHD-RP

AVALARA, INC.                                                   DEFENDANT

## <u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY,<br>TO TRANSFER VENUE</u>

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendant's motion to dismiss or, alternatively, to change venue [Doc. No. 9] is GRANTED insofar as the motion seeks a transfer of venue, and this civil action is hereby **TRANSFERRED** to the United States District Court for the Southern District of New York. All documents and other materials filed in this civil action shall be transferred and received in accordance with the local rules and procedures of the Southern District of New York.

SO ORDERED, this, the _10th_ day of March, 2026.

_____
SENIOR U.S. DISTRICT JUDGE