UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
OFFICE MANAGEMENT SYSTEMS INC.,      :
D/B/A/ LOGISTA,                                      :
                                                           :
                              Plaintiff,            :              26-CV-2490 (VSB)
                                                           :
             -against-                            :              **ORDER**
                                                           :
AVALARA, INC.,                                    :
                                                           :
                              Defendant.         :
                                                           :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

This case has been transferred to this District and assigned to me.  All prior deadlines and schedules remain in effect.  It is hereby:

ORDERED that on or before April 16, 2026, the parties shall file on ECF a joint letter of no more than five (5) pages, addressing the following topics, in separate paragraphs:

1. A brief statement of the nature of the case;

2. A statement of all existing deadlines, due dates and/or cut-off dates;

3. A brief description of any motions which have been made and/or decided and a confirmation that there are no pending appeals;

4. A statement describing the status of discovery in this case;

5. A statement describing the status of any settlement discussions;

6. Estimated length of trial and whether a jury demand has been made; and

7. Any other information that you believe may assist the Court.

SO ORDERED.

Dated: March 26, 2026
       New York, New York

Vernon S. Broderick
United States District Judge