

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
perkinscoie.com

# MEMO ENDORSED.

April 14, 2026

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D.  +1.212.261.6867
F.  +1.212.399.8067

**VIA ECF FILING**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re:    *Office Management Systems Inc., d/b/a Logista v. Avalara Inc.*, Case No. 1:26-cv-2490 (VSB)**

Dear Judge Broderick:

We represent defendant Avalara, Inc. ("Avalara") in the above-captioned matter, and respectfully submit this letter pursuant to Your Honor's Individual Rules and Practices 1(G), to request an extension on consent of the deadline for Avalara to answer, move, or otherwise respond to the Complaint for 45 days, through and including June 1, 2026.

The Complaint was originally filed in the United States District Court for the Northern District of Mississippi (the "Mississippi Court") on April 23, 2025.  On July 7, 2025, Avalara filed a motion to dismiss the Complaint for lack of personal jurisdiction or, alternatively, to transfer the action to the U.S. District Court for the Southern District of New York.  On March 10, 2026, the Mississippi Court issued an opinion and order granting Avalara's motion to transfer the action to this Court. On March 26, 2026, this Court issued notice of transfer.

Avalara's response to the Complaint is presently due April 16, 2026.  This is Avalara's first request for an adjournment or extension of time.  Plaintiff Office Management Systems Inc., d/b/a Logista ("Logista") consents to the present request.  The parties anticipate that the requested extension will facilitate their good-faith engagement in discussions aimed at resolving the dispute consensually.

We thank Your Honor in advance for your consideration of this request.

Respectfully submitted,

*/s/ Adam R. Mandelsberg*
Adam R. Mandelsberg

Application **GRANTED** *nunc pro tunc.*

**SO ORDERED.**

_____

Ona T. Wang                    May 8, 2026
U.S.M.J.